IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-77-BO

SHARON MARIE GLOVER,            )
                    Plaintiff,  )
                                )
        v.                      )        O R D E R
                                )
BROCK PAYNE & MEECE PA          )
ATTORNEYS AT LAW,               )
                    Defendant.  )
_____ )

This cause comes before the Court on the memorandum and recommendation of United

States Magistrate Judge James E. Gates regarding frivolity review of plaintiff's complaint

pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff has filed no objection to the memorandum and

recommendation (M&R), and the matter is ripe for review.

Plaintiff filed this action with claims apparently arising out of defendant's unspecified

involvement in foreclosure proceedings against property inherited by plaintiff. Plaintiff's *pro se*

complaint does not readily reveal specific allegations against defendant, though plaintiff refers to

criminal acts of extortion, embezzlement, fraud, libelism, identity fraud, malpractice, and

negligence. Plaintiff seeks relief for pain and suffering, "torts awards," and recovery of damages.

A district court is required to review de novo those portions of an M&R to which a party

timely files specific objections or where there is plain error. 28 U.S.C. § 636(b)(1); *Thomas v.*

*Arn*, 474 U.S. 140, 149-50 (1985). "[I]n the absence of a timely filed objection, a district court

need not conduct de novo review, but instead must only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life &*

*Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

The Court has reviewed the M&R for clear error and finds none. Accordingly, the Court

ADOPTS the M&R and DISMISSES plaintiff's complaint in its entirety. The clerk is

DIRECTED to close this case.

SO ORDERED, this **20** day of May, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2